Form 8
(10/05)

# United States Bankruptcy Court
### Eastern District of Michigan

In re **Robert William Geddes / Susan Mary Geddes**     Case No. **07-52776**
                               Debtor(s)     Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

- ■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
- ■ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
- ■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **13078 MASONIC BOULEVARD WARREN, MI 48088 DEBTORS RESIDENCE SEV= $80,630.00** | **IRWIN HOME EQUITY** | | | | **X** |
| **13078 MASONIC BOULEVARD WARREN, MI 48088 DEBTORS RESIDENCE SEV= $80,630.00** | **WELLS FARGO** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **27 MONTH LEASE FOR A 2006 CHRYSLER PACIFICA LEASE COMMENCES 9/2008 PAYMENTS $235.00 A MONTH DEBTOR WILL ASSUME LEASE** | **CHRYSLER FINANCIAL** | **X** |
| **36 MONTH LEASE FOR A 2006 DODGE DAKOTA LEASE COMMENCES 8/2008 LEASE WAS PAID UPFRONT BY SON, NO MONTHLY PAYMENT FATHER IS CO-SIGNER ON LEASE DEBTOR WILL ASSUME LEASE** | **Diamler Chrysler** | **X** |
| **48 MONTH LEASE FOR A 2003 CHRYSLER TOWN & COUNTRY VAN LEASE COMMENCES 7/2007 PAYMENTS ARE $328.00 A MONTH DEBTOR WILL ASSSUME LEASE** | **FIFTH THIRD** | **X** |

Form 8 Cont.
(10/05)

In re  **Robert William Geddes**
**Susan Mary Geddes**
                                                                  Case No.   **07-52776**
                                          Debtor(s)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

Date **July 16, 2007**         Signature  **/s/ Robert William Geddes**
                                          **Robert William Geddes**
                                          Debtor

Date **July 16, 2007**         Signature  **/s/ Susan Mary Geddes**
                                          **Susan Mary Geddes**
                                          Joint Debtor

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy